# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GREGORY DUNBAR, | : | No. 37 MAP 2019 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 726 MD |
| v. | : | 2018 dated 1/10/19 |
| | : | |
| | : | |
| THERON R. PEREZ, CHIEF COUNSEL, | : | |
| AND JOHN E. WETZEL, SECRETARY | : | |
| FOR PA. DEPT. OF CORRECTIONS, | : | |
| AND KERI MOORE, CHIEF GRIEVANCE | : | |
| OFFICER, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  October 31, 2019**

AND NOW, this 31st day of October, 2019, the Order of the Commonwealth Court is AFFIRMED.